UST-3 YUMA/BHC/ 2-97

          IN THE UNITED STATES BANKRUPTCY COURT
             FOR THE DISTRICT OF ARIZONA

| In re: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| ROWBOTTOM, BERNARD J. | ) | Case No. 09-12085-BHC RJH |
| ROWBOTTOM, MARY J. | ) | |
| | ) | NOTICE OF TRUSTEE'S INTENT |
| | ) | TO ABANDON PROPERTY |
| Debtor(s). | ) | |
| | ) | |

   NOTICE IS GIVEN THAT <u>WILLIAM E. PIERCE</u>, Trustee, proposes to abandon the following-described property on the grounds that secured lien exceeds value therefore it is burdensome and of inconsequential value to the estate:

             4361 S. TAMPICO ROAD, GOLDEN VALLEY, ARIZONA 86413

     Any person opposing the abandonment shall file a written objection on and request for a hearing within 21 days of the date of mailing of this notice. The date can be obtained by a review of the court docket. The objection shall be filed with the United States Bankruptcy Court, 325 W. 19th Street, Ste. D, Yuma, Arizona 85364. A copy of the objection shall be mailed forthwith to the Trustee and his Attorney at the following address:

<u>TRUSTEE: WILLIAM E. PIERCE, U.S.BANKRUPTCY TRUSTEE, P.O. BOX 429, CHINO VALLEY, AZ 86323</u>

   If a party in interest timely objects to the abandonment in writing and requests a hearing, the matter will be placed on the calendar to be heard by a United States Bankruptcy Judge. If there is no timely written objection and request for hearing filed, no hearing will be held and the property deemed abandoned without a court order having been entered.

<u>August 16, 2010</u>                              <u>/s/William E. Pierce</u>
Date                                               WILLIAM E. PIERCE, TRUSTEE